# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESSICA GORDON, D.O.; AND INPATIENT CONSULTANTS OF NEVADA, INC., A MEDICAL CORPORATION,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE DAVID M. JONES, DISTRICT JUDGE,
Respondents,
  and
WILLIAM NATHAN BAXTER,
Real Party in Interest.

No. 75427

**FILED**

MAY 16 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER

On March 27, 2018, petitioner filed a petition for extraordinary relief without payment of the filing fee. The clerk's office issued a notice to pay the fee and warned that the petition would be dismissed if the fee was not paid. Petitioner paid the filing fee on March 29, 2018; however, the fee was erroneously docketed in another case. Because it appeared that petitioner had not paid the filing fee, the petition was dismissed on May 11, 2018. Because the filing fee had been paid, the petition was dismissed in error. Accordingly, we vacate our May 11, 2018, order dismissing the petition for failure to pay the filing fee.

18-18702

On May 10, 2018, petitioner filed a motion to voluntarily withdraw the petition for extraordinary relief. Cause appearing, the motion is granted.

It is so ORDERED.[1]

_____, C.J.
Douglas

cc:    Hon. David M. Jones, District Judge
       John H. Cotton & Associates, Ltd.
       Kenneth M. Sigelman & Associates
       Eighth District Court Clerk

---

[1]Dignity Health's motion for leave to join in the petition for extraordinary relief filed on April 16, 2018, and Brian Lipman M.D.'s motion for leave to join in the petition for extraordinary relief filed on April 24, 2018, are denied as moot.